# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TACOREY KILLEBREW (#2014-0613276),  )
                                                           )
             Plaintiff,         )
                                                           )
        v.                           )     Case No: 15 C 1451
                                                           )
COOK COUNTY JAIL, et al.,         )
                                                           )
             Defendants.     )

## MEMORANDUM ORDER

Because pro se prisoner plaintiff Tacorey Killebrew ("Killebrew") was, to quote this Court's March 13 memorandum order ("Order"), "deficient in its failure to provide all of the information called for by Section 1915(a)(2)," the Order granted Killebrew in forma pauperis status provisionally -- in part "because it is clear that he will ultimately qualify for the special form of in forma pauperis treatment applicable to prisoner plaintiffs under Section 1915(b)(1)." (Id.). Accordingly the Order specified all of the things that Killebrew had to do to comply with the statute (even extending to an inclusion of the necessary In Forma Pauperis Application ("Application") form in the transmittal to Killebrew along with a copy of the Order) and gave Killebrew more than enough time to comply -- over six weeks, with a stated deadline of April 27.[1]

But total silence has ensued since issuance of the Order -- Killebrew has submitted nothing despite the fact that the drop-dead April 27 deadline has come and gone. As the Order

---

[1] Indeed, the Order went so far as to grant Killebrew's motion for attorney representation ("Motion") [Dkt. 4] even though he had not provided a completed Application form, as the statute required in support of the Motion, so that the Order also designated a member of this District Court's trial bar to represent Killebrew pro bono publico.

had expressly forecast if Killebrew were to fail in his statutory responsibility, both the Complaint and this action are dismissed.[2]

                                                           _____
                                                          Milton I. Shadur
                                                          Senior United States District Judge

Date: April 30, 2015

---

[2] This Court of course recognizes that Killebrew's designated counsel Michael Hahn was granted 63 days from March 13 to notify this Court of his anticipated plans for the handling of this action. That however was on the premise that Killebrew would do his part within the allotted time frame, and he has not done so.